The State of Ohio, Appellee, *v.* Howe, Appellant.

[Cite as *State v. Howe* (1996), 76 Ohio St.3d 396.]

(Nos. 96–468 and 96–676—Submitted May 21, 1996—Decided August 21, 1996.)

*Mathias H. Heck, Jr.,* Montgomery County Prosecuting Attorney, and *George A. Katchmer,* Assistant Prosecuting Attorney, for appellee.

*Weston L. Howe, Jr., pro se.*

*Per Curiam.* We affirm the judgments of the court of appeals for the reasons stated in its opinion.

*Judgments affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.